UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| C. PHILLIP THOMAS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.: 1:22-CV-129-KAC-CHS |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In the "Memorandum Opinion and Order Granting Motion to Dismiss" [Doc. 18], the Court **DISMISSED** Plaintiffs' claim against Defendant with prejudice under Federal Rule of Civil Procedure 41(b). The Court, therefore, **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT